JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SAGER, | Case No. SA CV 15-1272 FMO (KESx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| USAA CASUALTY INSURANCE COMPANY, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 30th day of October, 2015.

/s/
Fernando M. Olguin
United States District Judge